Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York                    1:19-cv-01459-DLI-SMG

| | |
|---|---|
| Leslie Bowman, Angela Cosgrove individually and on behalf of all others similarly situated<br><br>      Plaintiffs<br><br>   - against -<br><br>Claire's Stores, Inc.<br><br>      Defendant | Notice of Voluntary Dismissal |

  Plaintiffs gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   August 10, 2019

                 Respectfully submitted,

                 Sheehan & Associates, P.C.

                 /s/Spencer Sheehan
                 Spencer Sheehan
                 505 Northern Blvd., Suite 311
                 Great Neck, NY 11021
                 (516) 303-0552
                 spencer@spencersheehan.com
                 E.D.N.Y. #  SS-8533
                 S.D.N.Y. #  SS-2056

1:19-cv-01459-DLI-SMG
United States District Court
Eastern District of New York

Leslie Bowman, Angela Cosgrove individually and on behalf of all others similarly situated

Plaintiffs

- against -

Claire's Stores, Inc.

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: August 10, 2019

/s/ Spencer Sheehan
Spencer Sheehan